No. 190            March 27, 2024            619

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

SCHUYLER HOLDEN DONG WONG,
*Defendant-Appellant.*

Washington County Circuit Court
20CR10774; A181582

Ricardo J. Menchaca, Judge.

Submitted February 13, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Matthew Blythe, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, C. J., and Egan, J.

LAGESEN, C. J.

Affirmed.

**LAGESEN, C. J.**

Defendant appeals from a judgment revoking probation and imposing a 24-month prison sentence. His appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

In November 2021, defendant pleaded guilty to three counts of felony fourth-degree assault constituting domestic violence, ORS 163.160(3). Defendant was sentenced to five years of probation. In April 2023, defendant admitted to probation violations. In May 2023, the trial court revoked probation and imposed a 24-month sentence on one of the counts and concurrent terms of six months and 13 months on the other two counts.

Having reviewed the record, including the trial court file and the transcript of the hearings, and the brief, and taking into account our statutorily circumscribed authority to review, *see* ORS 138.105(5), we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).